IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 09 2012

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

| | | |
|---|---|---|
| WILLIAM F. BRECKENRIDGE, | ) | CASE NO. 7:11CV00487 |
| Petitioner, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| EARL R. BARKSDALE, WARDEN, | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that the motion to dismiss is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 9th day of July, 2012.

/s/ James C. Turk
Senior United States District Judge