CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 09 2012
JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **WILLIAM F. BRECKENRIDGE,** | ) | **CASE NO. 7:11CV00487** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **FINAL ORDER** |
| **vs.** | ) | |
| | ) | |
| **EARL R. BARKSDALE, WARDEN,** | ) | **By: James C. Turk** |
| | ) | **Senior United States District Judge** |
| **Respondent.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the motion to dismiss is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

**ENTER**: This 9th day of July, 2012.

[signature]
Senior United States District Judge